IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHALA SERRANO<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.:<br>LIVE NATION WORLDWIDE, INC.;<br>ABC CORP(S) (1-100)<br><br>Defendants. | CIVIL CASE NO.: 1:25-CV-14644-RMB-SAK<br><br><br><br>STIPULATION OF DISMISSAL |

### STIPULATION OF DISMISSAL

The matter in difference in the above-entitled action having been amicably adjusted by and between Plaintiff and Defendants, it is hereby stipulated and agreed that the same be, and hereby is, dismissed with prejudice, and without costs against any party.

MICHAEL J. GLASSMAN & ASSOCIATES, LLC     TANENBAUM KEALE, LLP

By: _____          By: _____
ANDREW A. WENKER, ESQUIRE                       CATHERINE G. BRYAN, ESQUIRE
Attorney for Plaintiffs                                    Attorney for Defendants

Date: April 20, 2026

Attorney name and bar number:

Andrew A. Wenker, Esquire 023722010
Laurelwood Corporate Center
1103 Laurel Oak Road, Suite 140
Voorhees, NJ 08043
drewwenker@njlawcenter.com
(856) 784-9222
(856) 784-9224

E-Mail Address:
Telephone Number:
Fax Number:

So ordered this **6th** day of **May 2026**

HON. RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE